ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
ALTAGARCIA YANEZ,                :
                                 :
              Plaintiff,         :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9663 (RJS)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 11, 2008 to and including April 11, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       January 14, 2008

/s/ Altagracia Yañez
ALTAGRACIA YAÑEZ
Plaintiff Pro Se
21-15 Byer Avenue
Apt. A22
Bronx, New York  10457
Telephone No: (718)993-6568

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Leslie A. Ramirez-Fisher
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED.

/s/ Richard J. Sullivan
UNITED STATES DISTRICT JUDGE

1/31/08

(rec'd in Chambers this date)