

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 9, 2008

By Hand

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

    Re:   Altagracia Yanez v. Astrue
          07 Civ. 9663 (RJS)

Dear Judge Sullivan:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. During my preparation of defendant's answer I encountered several issues that required that I seek additional information from the Agency. To allow the Agency to complete its review and provide this Office with the additional information that is needed to respond to the complaint, I respectfully request an extension of thirty days from April 11, 2008, until May 12, 2008 (May 11, 2008 falls on a Sunday), to respond to the complaint.

    This is defendant's second request for an extension of time as the answer was originally due on February 11, 2008. We attempted to contact plaintiff <u>pro se</u> by telephone, but she can no longer be reached at the number she provided in Court records.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

*[Handwritten endorsement:]* No further extensions will be granted absent truly compelling circumstances.
SO ORDERED
Dated: 4/11/08
RICHARD J. SULLIVAN
U.S.D.J.

cc: Altagracia Yanez, Plaintiff Pro Se (by express mail)