USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Altagracia Yanez,**

                     **Plaintiff,**

-v-

***COMMISSIONER OF SOCIAL SECURITY,***

                     **Defendant.**

---

07-cv-09663 (RJS)
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff has brought this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. 405(g), seeking review of a denial of disability benefits. An answer to the complaint was filed by the Government on May 12, 2008.

    If the plaintiff or the Government wishes to make a motion, it must be filed no later than sixty days from the date of this order. The opposition to any motion shall be filed within thirty days of service of the motion; any reply is to be filed fourteen days thereafter.

    Any motion or opposition to any motion must be accompanied by a supporting memorandum of law that makes specific citation to the parts of the record on which the party relies.

                                  SO ORDERED,

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         July 1, 2008